UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYALTON MCCAMEY,

        Plaintiff,

   v.

SAFEWAY STORES, INC.,

        Defendant.

Case No.  14-cv-04138-CW

ORDER OF DISMISSAL WITHOUT PREJUDICE

Docket No. 2

     On September 12, 2014, Plaintiff, a state prisoner, filed this pro se prisoner complaint under 42 U.S.C. § 1983 and an incomplete application to proceed in forma pauperis (IFP).  On that same date, the Clerk of the Court sent a notice to Plaintiff with a blank IFP application, informing him that he must pay the filing fee or file a completed prisoner's IFP application within twenty-eight days of the date of the notice or his action would be dismissed.  See Doc. no. 3.

     More than twenty-eight days have passed and Plaintiff has not paid the filing fee or submitted a completed IFP application.

     Accordingly, this action is DISMISSED WITHOUT PREJUDICE to re-filing in another complaint with a completed IFP application.  The Clerk of the Court shall close the file.

     This order terminates docket number 2.

     IT IS SO ORDERED.

Dated:  October 27, 2014

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE