UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYALTON MCCAMEY,<br><br>      Plaintiff,<br><br>  v.<br><br>SAFEWAY STORES, INC.,<br><br>      Defendant. | Case No. 14-cv-04138-CW<br><br>ORDER DIRECTING CLERK TO OPEN NEW ACTION<br><br>Re: Dkt. Nos. 9, 10 |

On October 27, 2014, this civil rights case was dismissed because Plaintiff had not paid the filing fee or filed a completed application to proceed in forma pauperis (IFP). Dkt. no. 7. The dismissal was without prejudice to Plaintiff's re-filing another complaint with a completed IFP application.

On November 28, 2014, Plaintiff filed another complaint with a completed IFP application. Dkt. nos. 9, 10. However, the Clerk of the Court filed the complaint and IFP application in this case instead of opening a new action. Therefore, the Clerk of the Court is directed to remove docket numbers 9 and 10 from this case and to file them in a new action with a new case number. The new case shall be reassigned at random to a new judge.

IT IS SO ORDERED.

Dated: January 7, 2015

_____
CLAUDIA WILKEN
United States District Judge